# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00224-CV

---

**Addis Parra Turros, Appellant**

**v.**

**LVNV Funding, Appellee**

---

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 24CCV01285, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant, Addis Parra Turros, attempts to appeal the trial court's final judgment, which awarded LVNV Funding LLC monetary damages, court costs, and post-judgment interest based on LVNV's claim for a debt owed to it by Appellant. Because Appellant's notice of appeal was not timely filed, we dismiss this attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 25.1, 26.1, 42.3(a); *Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chem. Co.*, 540 S.W.3d 577, 581–82 & n.27 (Tex. 2018) (per curiam).

The trial court signed its final judgment on October 2, 2024, thus starting the appellate timetables on that date. *See* Tex. R. App. P. 26.1; *Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 196 (Tex. 1995) (per curiam). Appellant's notice of appeal was due to be filed 30 days later, on November 1, 2024. *See* Tex. R. App. P. 26.1. Appellant did not file his notice of appeal until March 25, 2025. His notice thus was untimely and beyond the 15-day window

during which we may imply a timely motion to extend the time to perfect the appeal. *See* Tex. R. App. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Our Clerk notified Appellant of this jurisdictional problem, requesting a response by May 5, 2025, but to date, Appellant has not filed any response. We thus must dismiss this attempted appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed: May 16, 2025